NEWMEYER & DILLION LLP
MICHAEL W. SHONAFELT, CBN 186853
Michael.Shonafelt@ndlf.com
JASON MOBERLY CARUSO, CBN 287809
Jason.Caruso@ndlf.com
1333 N. California Blvd, Suite 600
Walnut Creek, California  94596
(925) 988-3200; (925) 988-3290 (Fax)

Attorneys for Plaintiff
CROWN CASTLE NG WEST LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN CASTLE NG WEST LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TOWN OF HILLSBOROUGH, a California municipality; CITY COUNCIL OF THE TOWN OF HILLSBOROUGH, its governing body; AND DOES 1-10,<br><br>Defendants. | CASE NO.:   3:18-cv-02473-JSC<br>DEPT:   Ctrm F, 15th Flr<br>JUDGE:   Hon. Jacqueline Scott Corley<br><br>**JOINT STIPULATION REGARDING DISMISSAL OF ACTION PURSUANT TO SETTLEMENT AGREEMENT; [PROPOSED] ORDER**<br><br>FILE DATE:   April 25, 2018<br>TRIAL DATE SET:   No Date Set |

Plaintiff CROWN CASTLE NG WEST LLC, a Delaware limited liability company ("Crown Castle") and defendants TOWN OF HILLSBOROUGH, a California municipality and CITY COUNCIL OF THE TOWN OF HILLSBOROUGH, its governing body (collectively, "Town")[1], by and through their respective counsel, hereby stipulate as follows:

1.   WHEREAS, on January 4, 2017, Crown Castle submitted to the Town various applications for wireless communications facility and encroachment

---
[1] Crown Castle and the Town are collectively referred to as "Parties."

1  permits for the installation of a small cell network ("Original Project");

2      2.    WHEREAS, on or about March 26, 2018, the Town voted to adopt a
3  resolution denying the permit application for the Original Project;

4      3.    WHEREAS, on April 25, 2018, Crown Castle initiated this action
5  ("Action") by filing a Petition for Writ of Mandate and Complaint ("Complaint")
6  against the Town;

7      4.    WHEREAS, on or about June 11, 2020, the Parties entered into a
8  conditional Settlement Agreement ("Conditional Settlement Agreement"), which
9  was approved by the Town on June 8, 2020 (Dkt. 75, Exh. A), and which was
10  modified by mutual agreement of the Parties on July 17, 2021 to extend certain
11  deadlines;

12      5.    WHEREAS, the Conditional Settlement Agreement outlined certain
13  future actions that needed to be accomplished before the issues at the center of this
14  Action could be fully and finally resolved ("Future Actions"), which Future Actions
15  included the processing of applications for a revised network of wireless
16  telecommunications facilities in the Town;

17      6.    WHEREAS, by actions taken by the City Council on June 28, 2021
18  and July 27, 2021, the Town approved an "Altered Project" as defined in section
19  4.3 of the Conditional Settlement Agreement;

20      7.    WHEREAS, by correspondence dated August 2, 2021, Crown Castle
21  accepted the Town's approval of the Altered Project pursuant to section 4.3(b) of
22  the Conditional Settlement Agreement;

23      THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

24      1.    Crown Castle's Complaint (Dkt. 41) is hereby dismissed with
25  prejudice pursuant to section 4.3(b) of the Parties' Conditional Settlement
26  Agreement;

27      2.    The Parties are to bear their own costs and attorneys' fees; and

28      3.    The Conditional Settlement Agreement as modified is incorporated

JOINT STIPULATION REGARDING
DISMISSAL OF ACTION

herein as though fully set forth, including section 15, which allows for proceedings or actions to enforce the Conditional Settlement Agreement to occur in federal and/or state courts in San Mateo County, California, and the Court retains non-exclusive jurisdiction as necessary to permit the effectuation of those terms.

**IT IS SO STIPULATED.**

Dated:  August 13, 2021         NEWMEYER & DILLION LLP

By: /s/ *Jason Moberly Caruso*
    Michael W. Shonafelt
    Jason Moberly Caruso
    Attorneys for Plaintiff
    CROWN CASTLE NG WEST LLC

Dated:  August 13, 2021         BEST BEST & KRIEGER LLP

By: /s/ *Gail A. Karish*
    JOSEPH VAN EATON
    GAIL A. KARISH
    Attorneys for Defendants
    TOWN OF HILLSBOROUGH and
    the CITY COUNCIL OF THE
    TOWN OF HILLSBOROUGH

**IT IS SO ORDERED.**

Date:  August 16, 2021

GRANTED
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA